# KROVATIN KLINGEMAN LLC

ATTORNEYS AT LAW

GERALD KROVATIN

HENRY E. KLINGEMAN*

HELEN A. NAU**

ANNA G. COMINSKY**

*ALSO ADMITTED IN HI AND PA

**ALSO ADMITTED IN NY

744 BROAD STREET
SUITE 1903
NEWARK, NEW JERSEY
07102

TEL. 973-424-9777
FAX 973-424-9779
www.krovatin.com

December 2, 2010

**VIA ELECTRONIC FILING**

Honorable Madeline Cox Arleo, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut St., Room 2060
Newark, New Jersey 07101

      Re: *Pequignot v. Arrow Fastener, et al.*
           *Civil Action No. 10-1376 (SDW)*

Dear Judge Arleo:

      This law firm is New Jersey counsel to the Relator (Plaintiff) in the above-referenced matter. I write on behalf of all counsel to advise the Court of the status of this matter in accordance with the Court's November 5, 2010 Order (Docket Entry 10) and the parties' joint request to further extend the existing stay and administrative termination of the case.

      Your Honor entered an Order on November 5, 2010, a copy of which is enclosed, extending the administrative termination of this matter to December 1, 2010 because the parties were engaged in active settlement discussions. Those discussions are continuing – indeed the parties are talking directly to each other at this point - and the parties jointly would respectfully request that the Court further extend the stay/administrative termination until January 31, 2011 in light of those discussions. If the parties are unable to agree on a settlement by then, the parties propose jointly submitting a status update to the Court on February 1, 2011. If the parties' request and proposal meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below.

# KROVATIN KLINGEMAN LLC
ATTORNEYS AT LAW

Honorable Madeline Cox Arleo, U.S.M.J.
December 2, 2010
Page 2 of 2

Thank you for Your Honor's consideration of this matter. If the Court has any questions, we are available to respond at the Court's convenience.

Respectfully submitted,

s/ Gerald Krovatin
Gerald Krovatin, Esq.
KROVATIN KLINGEMAN LLC
744 Broad Street, Suite 1903
Newark, NJ 07102
Tel: (973) 424-9777
Fax: (973) 424-9779
GKrovatin@Krovatin.com

*Attorneys for Relator Matthew A. Pequignot*

GK:cmd
Cc: Glenn E. Forbis, Esq.
Arnold B. Calmann, Esq.

**SO ORDERED** this _____ day, of _____, 2010

_____
**HONORABLE MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**